UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

        **Plaintiff,**

v.

**WILFIE & NELL LLC**, a New York for profit corporation, and **228 WEST 4TH OWNERS CORP.** a New York for profit corporation,

        **Defendants.**
_____

Case No. 16-CV-02921

## NOTICE OF SETTLEMENT
## AND MOTION SEEKING ADJOURNMENT
## OF INITIAL PRETRIAL CONFERENCE
## ON WEDNESDAY, OCTOBER 18, 2016, AT 12:00 PM

    Plaintiff FREDKIEY HURLEY, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provides this honorable Court with Notice of Settlement of all claims in their entirety thus making a initial pretrial conference unnecessary.

    The Parties' intend on finalizing their settlement and related documents to this Court within thirty (30) days of the filing of the instant notice.

Respectfully submitted on October 14, 2016.

> **By: /s/ Tara Demetriades**
> Tara Demetriades, Esq.
> New York Bar No. 4185666
>
> **ADA Accessibility Associates**
> 2076 Wolver Hollow Road
> Oyster Bay, New York 11771
> E: TDemetriades@Aol.com
> T: (516) 595-5009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Settlement has been served via the Court's CM/ECF filing system upon all parties of record on October 14, 2016.

> **By: /s/ Tara Demetriades**
> Tara Demetriades, Esq.
> New York Bar No. 4185666