UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FREDKIEY HURLEY,

                Plaintiff,

    - against -

WILFIE & NILL LLC, *et al.*,

                Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: _____

**ORDER**

16 Civ. 2921 (ER)

<u>Ramos, D.J.</u>:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

    Any application to reopen **must be filed within thirty days of this Order**; any application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next thirty (30) days with a request that the agreement be "so ordered" by the Court.

    The initial conference scheduled for October 19, 2016, is adjourned.

SO ORDERED.

Dated: New York, New York
       October 17, 2016

                                                      _____
                                                      Edgardo Ramos, U.S.D.J.